UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                             :

UNITED STATES OF AMERICA
                                             :     UNSEALING ORDER

   - v. -
                                             :     23 Cr. 283 (   )

RODNEY SPRATLEY,
                                             :

                    Defendant.        :

------------------------------------- x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Elizabeth A. Espinosa, Michael R. Herman, and Alexandra Messiter;

It is found that the indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned action be unsealed for all purposes.

Dated: New York, New York
       August 24, 2023

                                                             _____
                                                             HONORABLE SARAH NETBURN
                                                              UNITED STATES MAGISTRATE JUDGE
                                                             SOUTHERN DISTRICT OF NEW YORK





U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 24, 2023

**BY EMAIL**
The Honorable Sarah Netburn
United States Magistrate Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Rodney Spratley*, 23 Cr. 283 (\_\_)

Dear Judge Netburn:

    Indictment No. 23 Cr. 283 (\_\_) (the "Indictment") in the above-referenced matter was returned by a grand jury on or about June 8, 2023. The defendant was subsequently arrested yesterday and transported to this District. As a result, the Government respectfully requests that the Court enter an order unsealing the Indictment, which was designated to Wheel A, and assign this matter to a District Judge. A proposed order is enclosed for the Court's convenience.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    s/ Elizabeth A. Espinosa
       Elizabeth A. Espinosa
       Michael R. Herman
       Alexandra Messiter
       Assistant United States Attorneys
       (212) 637-2216/-2221/-2544

Enclosure